IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REEL PICTURE PRODUCTIONS, LLC                                PLAINTIFF

   V.                       Civil No. 07-5066

THE BANK OF FAYETTEVILLE, et al.                             DEFENDANTS

### **O R D E R**

Now on this 18th day of December, 2007, comes on for consideration the **Plaintiff's Motion to Dismiss with Incorporated Brief** (document #36) in the above-styled case.

IT APPEARING to the Court that, **with respect to the claims against separate defendants Bank of Fayetteville and D. Frederick Shefte**, the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that, **with respect to the claims against separate defendants Bank of Fayetteville and D. Frederick Shefte**, the should case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the

settlement agreement specifically.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE