IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REEL PICTURE PRODUCTIONS, LLC                        PLAINTIFF

v.                              CASE No. 5:07-CV-05066 JLH

HANNOVER HOUSE, INC. and
ERIC PARKINSON                                       DEFENDANTS

### JUDGMENT

In accordance with the order entered on even date granting Plaintiff's **Motion for Enforcement of Settlement Agreement (Doc. 45)** and **Motion for Default (Doc. 47)**, judgment is hereby entered in favor of Plaintiff against Defendants Hannover House, Inc. and Eric Parkinson, jointly and severally, in the amount of $19,302.38, with pre- and post-judgment interest to accrue at 9% per annum, as provided in the settlement agreement.

Hannover House and Eric Parkinson are hereby ordered, within 45 days of the entry of the judgment, to submit to Plaintiff's counsel a schedule, verified by affidavit, of all property, both real and personal, including monies, bank accounts, rights, credits, and choses in action held by each, and specifying any particular property, if any, claimed exempt under provisions of the law.

IT IS SO ORDERED AND ADJUDGED this 5th day of March, 2009.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE